UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| STEPHANIE M. HOLMES, O/B/O ) <br> BRENDA LYN ROSE (DECEASED) ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | No. 2:18-cv-00087 |

## ORDER

In this Social Security Appeal, the Magistrate Judge has issued a Report and Recommendation to which no objections have been filed. Having reviewed the matter *de novo* in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 24) is **APPROVED** and **ADOPTED** and this case is hereby **REMANDED** to the Commissioner of Social Security for further development of the record in accordance with the Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE